# GIACOMAZZA EXHIBIT

# 4-1



# PANTAENIUS
### American Yacht Insurance

**Bill To:**

Galilea LLC
3701 Trakker Trail, Suite F1
Bozeman , MT  59718

**DATE:** 13 May 2015
**Reference:** 2716990248105
**Please Note with Payment:** Account # 271699
**Vessel SCAT Privilege 615 "GALILEA"**

| INVOICE | AMOUNT in USD |
|---|---:|
| **Hull Insurance # 21124282-22** <br> Payment Period: 05/12/2015 - 05/12/2016 | 6,579.30 |
| **Primary Indemnity Protection # 21124282-22** <br> Payment Period: 05/12/2015 - 05/12/2016 | 1,200.00 |
| **TOTAL** | 7,779.30 |

For new policies and installment payments during the insured period, payment is due in accordance with Section A2(c)(ii)(1) of the PAYP. For renewals, initial payment is due in accordance with Section A2(a) of the PAYP.

**PLEASE NOTE YOUR ACCOUNT NUMBER AND NAME ON ALL FORMS OF PAYMENT**

**Mail checks if drawn on a bank in the United States:**
**Pantaenius America Ltd.**
**500 Mamaroneck Avenue**
**Harrison, NY 10528**

We do not accept checks drawn on non US Banks.

**Arrange wire transfers to:**
**Pantaenius America LTD**
**Account #799277074**
**Routing #021000021**
**SWIFT CODE - CHASUS33**
**JP Morgan Chase Bank - 1350 Boston Post Road**
**Larchmont, NY 10538**

216.59210 / 799277074                Pantaenius America Ltd.                                                                 Page 1 / 1
Associated with independent correspondent Pantaenius Brokers in Germany · Great Britain · Monaco · Denmark · Austria · Spain · Sweden · Australia

| New York | Newport, RI | Annapolis, MD | PANTAENIUS ONLINE |
|---|---|---|---|
| 500 Mamaroneck Avenue  Phone +1-914-381-2066 | Phone +1-401-619-1499 | Phone + 1-443-569-7995 | www.pantaenius.com |
| Harrison, NY 10528  Fax +1- 914-381-2052 | Fax +1- 401-619-1495 | Fax + 1- 443-569-7996 | inquiries@pantaenius.com |

* Pantaenius America Ltd. is a licensed insurance agent licensed in all 50 states. It is an independent corporation incorporated under the laws of New York and is a separate and distinct entity from any entity of the Pantaenius Group.

# Confirmation of Cover / Certificat d'assurance/ Versicherungsbestätigung / Certificato di Assicurazione / Confirmación de seguro / Potvrda o osiguranju / Forsikringsbevis / Försäkringsbesked / Βεβαίωση ασφάλισης

**Insurance Company**/Assureur/Versicherungsgesellschaft/compagnia d'assicurazioni/entidad aseguradora/osiguravajuće društvo/Forsikringsselskab/Försäkringsbolag/Ασφαλιστική Εταιρία

AGCS Marine Insurance Company (33.34 %)
Liberty Mutual Insurance Company (33.33 %)
Torus National Insurance Company (33.33 %)

**Pantaenius America Ltd. · Suite 318, 500 Mamaroneck Avenue · Harrison, NY 10528**

**Insurance Intermediary & Claims Handler**/Intermédiaire d'assurance et entité en charge du règlement des sinistres/Versicherungsvermittler & Schadenbearbeiter/Agente assicurativo*/Imediador de seguro/Vaš posrednik i obrada šteta/Forsikringsagentur og skadesbehandler/Försäkringsagent/Ασφαλιστικός Διαμεσολαβητής και Διεκπεραιωτής Αξιώσεων

Galilea LLC · 3701 Trakker Trail, Suite F1 · Bozeman , MT 59718 · UNITED STATES

**Policyholder (name & address)**/Souscripteur/Versicherungsnehmer/Contraente/tomador de seguro/Osiguranik (ime i adresa)/Forsikringstager/Försäkringstagare/Λήπτης της Ασφάλισης

21124282-22 / HIN FR JMA15B21F112

**Policy No. & Hull Identification No.**/N° police & CIN/Vertrag Nr./n° di Polizza/número de póliza & número de casco/ Broj police i broj trupa/Police nr. og skrog nr./kontrakt/Αρ. Συμβολαίου

**Policy Period:**  12 May 2015 (12:01 a.m.)  to  12 May 2016 (12:01 a.m.) *

* All coverages are subject to Cancellation without notice.
Valable pour la période d'assurance du/Versicherungszeitraum vom/Valido dal/ au/bis/al/do/till/till/μέχρι
Válido del/Valjano za period osiguranja od/gældende for forsikringsperioden/
Gäller för försäkringsperioden från/Ασφαλιστική περίοδος από

SCAT Privilege 615 "GALILEA" / Flag: United States

**Sailboat incl. TENDER**/voilier/Segelyacht/barca a vela/jedrilica/Sejlbåd/segelbåt/Ιστιοπλοϊκό σκάφος

USD 3,000,000.00

**Maximum indemnity for personal injury and/or property damage**/Indemnité maximale en cas de dommage matériel et corporel/Versicherungssumme pauschal für Personen- und/oder Sachschäden/massimali assicurati per danni a persone e cose/indemnización máxima por daños personales y materiales/svota osiguranja za štete nanesene osobama i/ili materijalne štete/Samlet forsikringssum for person- og tingskader/ersättningsbelopp för person- och sakskador/Ανώτατο ασφαλιστικό ποσό κατ'αποκοπήν για ζημιές σε πρόσωπα και πράγματα

USD 3,000,000.00

**Maximum per person**/Maximum par personne/je Person höchstens/massimale per persona/máximo por persona/po osobi najviše/Per person højest/per person högst/Ανώτατο ποσό αποζημίωσης ανά άτομο

There may be a different indemnity limit specified in the policy schedule for claims asserted under US/Canadian Law./Les sommes assurées pour les réclamations en responsabilité civile sous la juridiction américaine ou canadienne peuvent être limitées dans cette police./Für Haftpflichtansprüche, die nach dem Recht der USA oder Kanadas geltend gemacht werden, können in der Police geringere Versicherungssummen vereinbart sein./La somme assicurate per i sinistri dichiarati sotto la legge Statunitense o Canadese possono essere ridotte in polizza./Para las reclamaciones que sean tratadas bajo la Ley Estadounidense o Canadiense, las sumas aseguradas estipuladas en la póliza pueden ser limitadas./Sume osiguranja za štete od odgovornosti koje podliježu zakonima SAD-a i Kanade mogu se ograničiti u polici./Forsikringssum på ansvarsskader som er gældende under Amerikansk eller Canadisk lovgivning, kan være begrænset i policen./För ansvarsanspråk som gäller enligt lag i USA eller Kanada kan lägre ersättningsbelopp vara överenskomna i försäkringsbrevet./Για απαιτήσεις αποζημίωσης Αστικής Ευθύνης οι οποίες κρίνονται κατά το δίκαιο των Ηνωμένων Πολιτειών ή του Καναδά, τα ποσά δύνανται να περιορίζονται ρητά στην σύμβαση.

**Total amount for all indemnification claims during one insurance year amounts to twice or triple the maximum indemnity (depending on the contract).**

Le total des prestations pour les sinistres survenus au cours d'une année d'assurance s'élève au double ou triple (en fonction du contrat) des sommes assurées.

Die Gesamtleistung für alle Versicherungsfälle eines Versicherungsjahres beträgt maximal das Doppelte oder Dreifache (je nach Vereinbarung) dieser Versicherungssummen.

Il risarcimento totale massimo previsto per tutti i sinistri che si verificano nel corso dell'anno assicurativo è pari al doppio o al triplo (a seconda del contratto) dei massimali assicurati.

La indemnización total para todos los siniestros por anualidad asciende como máximo al doble o triple (según lo acordado en la póliza) de las sumas aseguradas.

Za sve štete unutar jedne osigurateljne godine isplaćuje se najviše dvostruki ili trostruki iznos svote osiguranja (ovisno o ugovoru)

De samlede kompensationsbeløb for alle forsikringsbegivenheder i løbet af et enkelt policeår er begrænset til to eller tre gange de ovennævnte forsikringssummer (se også i gældende betingelser).

Det sammanlagda ersättningsbeloppet för alla försäkringsfall under ett försäkringsår utgör det dubbla eller tredubbla av ovannämnda ersättningsbelopp (se också i giltiga villkor)

Η συνολική ευθύνη για όλες τις ασφαλιστικές περιπτώσεις μέσα σε ένα ασφαλιστικό έτος, ανέρχεται στο διπλάσιο ή τριπλάσιο (όπως προβλέπεται κάθε φορά στο Συμβόλαιο) των παραπάνω ποσών ασφαλιστικής κάλυψης.

**Insurance cover is in effect against legal liability claims arising under civil law for bodily injury and/or property damage. The insurance is effective world-wide, unless the scope of cover is limited.**

La garantie Responsabilité Civile est acquise pour les réclamations résultant de dommages corporels et matériels en vertu des dispositions légales du Droit Privé relevant de la Responsabilité Civile. Le domaine d'application de l'assurance est mondial si la couverture n'est pas limitée.

Es besteht weltweiter Haftpflichtversicherungsschutz für Personen- und Sachschäden für Schadenersatzansprüche aufgrund gesetzlicher Haftpflichtbestimmungen, sofern der Geltungsbereich nicht eingeschränkt wurde.

Si conferma che è stata stipulata una polizza d'assicurazione per la responsabilità civile per danni arrecati a persone e/o cose, derivanti dalla navigazione in acque territoriale italiane dall'imbarcazione descritta a lato. Si conferma altresì che la copertura è valida in tutto il mondo salvo patti contrari tra le parti.
"In caso di sinistro l'assicurato si rivolgera alla compagnia d'assicurazioni (a lato).

El seguro cubre responsabilidad civil tanto por daños materiales como por daños personales según las prescripciones legales del derecho de conformidad con las garantías, límites y condiciones, previstos como obligatorios en el Real Decreto 607/1999 del Ministerio de la Presidencia del Gobierno de España (B.O.E. número 103 del 30 de abril de 1999) por el que se aprueba el Reglamento del seguro de responsabilidad civil de suscripción obligatoria para embarcaciones de recreo o deportivas. El seguro es válido en el mundo entero al no ser que la cobertura haya sido expresamente limitada.

Osigurateljna zaštita ima učinak kod odgovornosti za štete nanesene osobama i materijalne štete na temelju prava zahtjevanja naknade, koji se temelje na zakonskim odredbama o odgovornosti. Osigurateljna zaštita vrijedi u cijelom svijetu, ukoliko osigurateljno pokriće nije ograničeno.

Ansvarsforsikringen dækker gyldige civilretslige erstatningskrav for person- og tingsskade. Dækningen er world wide, hvis ikke andet er oplyst.

Ansvarsförsäkringen täcker giltiga civilrättsliga ersättningskrav för person- och sakskador. Försäkringen gäller world wide om inga begränsningar i försäkringsskyddet har gjorts.

Υφίσταται παγκοσμίως κάλυψη αστικής ευθύνης, για απαιτήσεις αποζημίωσης ζημιών σε πρόσωπα και πράγματα, στα πλαίσια που ο νόμος ορίζει, υπό την προϋπόθεση ότι η περιοχή κάλυψης δεν περιορίζεται αλλιώς. Στην κάλυψη αστικής ευθύνης περιέχονται και αυτά που επιβάλλει ο νόμος 4256/2014 για:

- Θάνατο και σωματικές βλάβες επιβαινόντων και τρίτων: ΕΥΡΩ 50.000 ανά επιβάτη και ΕΥΡΩ 500.000 ανά συμβάν
- Υλικές ζημιές επιβαινόντων και τρίτων    ΕΥΡΩ 150.000
- Πρόκληση θαλάσσιας ρύπανσης    ΕΥΡΩ 150.000

Pantaenius America Ltd.
Suite 318, 500 Mamaroneck Avenue, Harrison, NY 10528, USA
Tel. +1 914 3812066
Pool no. 173

On the behalf of the participating Underwriters

Under Special Authority



Galilea LLC  
3701 Trakker Trail, Suite F1  
Bozeman, MT 59718

Pantaenius America Ltd.  
Andrea Giacomazza  
Tel. +1 (914) 3812066  
AGiacomazza@pantaenius.com  
Our Ref: 21124282

13 May 2015

**Re: Pantaenius Yacht Insurance Policy 21124282 for SCAT Privilege 615 Galilea**

Enclosed please find the above named original insurance policy documents, Confirmation of Cover, along with Pantaenius' emergency claim information and applicable invoice. We kindly ask you at this time to review the insurance policies and the scope of navigation. We recommend that you keep the original Confirmation of Cover on board your boat as proof of insurance.

Future Endorsements to the policy will be provided by email only, unless specifically requested by the insured.

In the event that you need to report a claim, you may do so by calling our 24/7 emergency claims line at 1-914-381-4286 or emailing claimsus@pantaenius.com.
Section A7(a) requires the insured to notify Pantaenius immediately of every insured event. In addition, Section A7(c) states the insured should not undertake repairs without the written instructions of Pantaenius unless for emergency reasons.

We thank you for the trust which you have placed in our company and look forward to serving your insurance needs. Wishing you pleasant cruising.

Sincerely,

Andrea Giacomazza

Pantaenius America Ltd.  
Associated with independent correspondent Pantaenius Brokers in Germany · Great Britain · Monaco · Denmark · Austria · Spain · Sweden · Australia

| New York | Newport, RI | Annapolis, MD | PANTAENIUS ONLINE |
|---|---|---|---|
| 500 Mamaroneck Avenue | Phone +1-401-619-1499 | Phone +1-443-569-7995 | www.pantaenius |
| Harrison, NY 10528 | Fax +1-401-619-1495 | Fax +1-443-569-7996 | inquiries@pantaenius.com |
| Phone +1-914-381-2066 | | | |
| Fax +1-914-381-2052 | | | |

* Pantaenius America Ltd. is a licensed insurance agent licensed in all 50 states. It is an independent corporation incorporated under the laws of New York and is a separate and distinct entity from any entity of the Pantaenius Group.

202.22635



13 May 2015

**Insured:**
Galilea LLC
3701 Trakker Trail, Suite F1
Bozeman, MT 59718

Declaration Sheet

## CERTIFICATE OF YACHT INSURANCE - Ref No. 21124282

**Insurance period:** 12 May 2015 - 12 May 2016

**Insured Vessel Description: SCAT Privilege 615 Galilea**

| | |
|---|---|
| Year built / Measurements: | 2011 / 60 ft |
| Flag / Registry / HIN (Hull ident. no.): | United States / United States / FR JMA15B21F112 |
| Motor make / power (hp): | Yanmar 2 x 110 hp |
| Charter of the vessel: | No |

## COVERAGE
### PREMIUM                                                    TOTAL: USD 7,779.30

| HULL Coverage | Limit | Deductible | Hull Premium |
|---|---|---|---|
| **Total Agreed Fixed Value** | **USD 1,566,500** | | **USD 6,579.30** |
| Hull incl. engines | USD 1,500,000 | USD 22,500 | Incl. |
| Tender<br>2012 EWV Walker Bay | USD 12,000 | USD 600 | Incl. |
| Tender Engine<br>w/ 30 HP Honda OB | USD 4,500 | USD 250 | Incl. |
| Personal Effects<br>with a maximum limit per occurrence | USD 50,000 | None | Incl. |
| Emergency Coverage (Tow) | USD 50,000 | None | Incl. |

Tenders as defined per Section A4 of the Pantaenius America Policy are covered only if scheduled on the Declaration Pages.

| P&I Coverage | Limit | Deductible | P&I Premium |
|---|---|---|---|
| **Primary Indemnity Protection**<br>for Bodily Injury and/or Property Damage | USD 3,000,000 | None | USD 1,200.00 |
| Medical Expense Coverage | | | |
| - per occurrence | USD 50,000 | None | Incl. |
| Uninsured Boater Coverage | | | |

Pantaenius America Ltd.
Associated with independent correspondent Pantaenius Brokers in Germany · Great Britain · Monaco · Denmark · Austria · Spain · Sweden · Australia

| New York | | Newport, RI | Annapolis, MD | PANTAENIUS ONLINE |
|---|---|---|---|---|
| 500 Mamaroneck Avenue | Phone +1-914-381-2066 | Phone +1-401-619-1499 | Phone +1-443-569-7995 | www.pantaenius |
| Harrison, NY 10528 | Fax +1-914-381-2052 | Fax +1-401-619-1495 | Fax +1-443-569-7996 | inquiries@pantaenius.com |

* Pantaenius America Ltd. is a licensed insurance agent licensed in all 50 states. It is an independent corporation incorporated under the laws of New York and is a separate and distinct entity from any entity of the Pantaenius Group.

202.22635



|  |  |  |  |
|---|---|---|---|
| - per person | USD 750,000 | None | Incl. |
| - per occurrence | USD 1,500,000 | None | Incl. |
| Oil Pollution Additional Coverage up to the statutory limits of OPA (Oil Pollution Act 1990) | Statutory Limits | None | Incl. |

**Declaration Sheet**

**Additional P&I Limits available upon request.**

### Cruising Area:
Inland waters, bays and coastal waters east to 50° West Longitude and west to 135° West Longitude, and north to 52° North Latitude, and south to 30.5° North Latitude.

### General:
Pantaenius America Yacht Policy (14.1001/US/0115)

There will be no coverage provided under your yacht policy for any claims arising, directly or indirectly, from a Named Tropical Storm that is in existence on the date that Pantaenius accepts your application for insurance coverage.

## ENDORSEMENTS

### COMPETANT SKIPPER
It is the owner's responsibility to assure that the vessel has a competent and experienced skipper and crew who are appropriately licensed as necessary and qualified for the vessel and navigation.

### TENDER ENDORSEMENT
Subject to Section A4(c) of the PAYP Terms and Conditions, included are tenders used in conjunction with the main vessel. The deductible for tenders is 5% of the agreed fixed value of the Tender Hull and 5% of the agreed fixed value of the Tender Engine each or USD 250 which ever is greater for each and every claim. Notwithstanding Section B4(l) of the PAYP Terms and Conditions, insurance coverage in accordance with the remaining provisions of this policy is provided during towing by an insured vessel(s) of another insured vessel, including additional scheduled vessels, tenders and toys. This insurance coverage shall, however, be subject to a special towing deductible equal to 5% of the agreed fixed value of the main vessel and 50% of the agreed fixed value of each insured vessel, tender, toy, and engine that incurs covered loss or damage during towing, regardless of whether such loss or damage is total or partial. The insured warrants that a crew member shall watch the towed vessel at all times, and failure to comply with this warranty shall void coverage for loss or damage occurring during towing. A tender is defined as a vessel; no longer than 33% of the main vessel length that will be towing it. Towing is not permitted for vessels that are greater than 33% in length of the main vessel. Towing of scheduled vessels longer than 33% of the main vessel length can be endorsed onto the policy with Pantaenius Americas approval.

### MEDICAL EXPENSE ENDORSEMENT
Medical Expenses as per Section C2(c) PAYP with a sum insured of USD 50,000

### UNINSURED BOATERS ENDORSEMENT
Uninsured Boaters Coverage as per section C2(d) of the PAYP has a maximum limit of USD 750,000 per person / USD 1,500,000 per occurrence

Pantaenius America Ltd.
Associated with independent correspondent Pantaenius Brokers in Germany · Great Britain · Monaco · Denmark · Austria · Spain · Sweden · Australia

| New York | Newport, RI | Annapolis, MD | PANTAENIUS ONLINE |
|---|---|---|---|
| 500 Mamaroneck Avenue | Phone +1-401-619-1499 | Phone +1-443-569-7995 | www.pantaenius |
| Harrison, NY 10528 | Fax +1-401-619-1495 | Fax +1-443-569-7996 | inquiries@pantaenius.com |
| Phone +1-914-381-2066 | | | |
| Fax +1-914-381-2052 | | | |

* Pantaenius America Ltd. is a licensed insurance agent licensed in all 50 states. It is an independent corporation incorporated under the laws of New York and is a separate and distinct entity from any entity of the Pantaenius Group.

202.22635



## GENERAL INFORMATION AND CONDITIONS

**Issuing Insurance Companies:**
AGCS Marine Insurance Company (33.34 %)
Liberty Mutual Insurance Company (33.33 %)
Torus National Insurance Company (33.33 %)

New York, 13 May 2015

On the behalf of the participating Underwriter
**Under Special Authority**  *Cary R. Wiener* (signature)

Cary R. Wiener

Declaration Sheet

Pantaenius America Ltd.
Associated with independent correspondent Pantaenius Brokers in Germany · Great Britain · Monaco · Denmark · Austria · Spain · Sweden · Australia

| New York | | Newport, RI | Annapolis, MD | PANTAENIUS ONLINE |
| --- | --- | --- | --- | --- |
| 500 Mamaroneck Avenue | Phone +1-914-381-2066 | Phone +1-401-619-1499 | Phone +1-443-569-7995 | www.pantaenius |
| Harrison, NY 10528 | Fax +1-914-381-2052 | Fax +1-401-619-1495 | Fax +1-443-569-7996 | inquiries@pantaenius.com |

* Pantaenius America Ltd. is a licensed insurance agent licensed in all 50 states. It is an independent corporation incorporated under the laws of New York and is a separate and distinct entity from any entity of the Pantaenius Group.

202.22635