IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

DEC 11 2015

Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| GALILEA, LLC, <br><br> Plaintiff, <br><br> -vs- <br><br> AGCS MARINE INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, and TORUS INSURANCE COMPANY, <br><br> Defendants. | CV 15-84-BLG-SPW <br><br> ORDER |

On December 8, 2015, Defendants filed a motion for an extension of time to respond to the Plaintiff's Motion to Strike. The Plaintiff opposed the motion and filed a response brief on December 9, 2015. The Defendants filed a reply brief the same day. Shortly after, still on December 9, the Defendants filed their response to the Plaintiff's Motion to Strike, thereby mooting their request for an extension. Accordingly, IT IS HEREBY ORDERED that the Defendants' Motion for Extension of Time to File Response to Plaintiff's Motion to Strike (Doc. 29) is DENIED as moot.

DATED this 10th day of December, 2015.

SUSAN P. WATTERS
United States District Judge