

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GALILEA, LLC., <br><br> Plaintiff, <br><br> vs. <br><br> AGCS MARINE INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, and TORUS INSURANCE COMPANY, <br><br> Defendants. | CV 15-84-BLG-SPW <br><br> ORDER |

On October 15, 2015, the Defendants filed a motion to compel arbitration. (Doc. 21). On April 5, 2016, the Court granted the motion to compel arbitration as to some claims and denied it as to others. (Doc. 47). The parties filed cross-appeals to the Ninth Circuit. On January 17, 2018, the Ninth Circuit reversed the Court's order, and remanded with instructions to grant the motion to compel arbitration in its entirety. (Doc. 56). On February 8, 2018, the Ninth Circuit issued its mandate. (Doc. 57). Accordingly, it is hereby ordered:

1. The Court's April 5, 2016, order is amended to grant the motion to compel arbitration (Doc. 21) in its entirety.

2. This case is dismissed.

3. The Clerk of Court is directed to close this matter.

DATED this 9th day of February, 2018.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge